

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DONOVAN RAY CUBIT, | § | No. 08-22-00142-CR |
| Appellant, | § | Appeal from the |
| v. | § | 421st District Court |
| THE STATE OF TEXAS, | § | of Caldwell County, Texas |
| Appellee. | § | (TC# 19-283) |

**<u>MEMORANDUM OPINION</u>**

Appellant challenges his conviction of three counts of aggravated sexual assault of a child. TEX. PENAL CODE ANN. § 22.021. For the reasons that follow, we affirm.

Appellant was charged with eight counts of aggravated sexual assault of a child in a petition alleging delinquent conduct. A grand jury found probable cause existed and Appellant was indicted thereafter. Four of the eight counts were ultimately consolidated and following certification as an adult and transfer to district court, Appellant was charged with the remaining four counts of aggravated sexual assault of a child. The State abandoned the first count and the jury convicted Appellant of counts two through four. Punishment was assessed at thirty-five years confinement

in the Texas Department of Criminal Justice Correctional Institutional Division. This appeal followed.[1]

On appeal, Appellant's counsel has filed an *Anders* brief. *See Anders v. California*, 386 U.S. 738, 744 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). In *Anders*, the United States Supreme Court recognized that counsel, who had been appointed to represent the appellant in an appeal from a criminal conviction, had no duty to pursue a frivolous matter on appeal. *Anders*, 386 U.S. at 744. As such, counsel was permitted to withdraw after informing the court of his conclusion and efforts made in arriving at that conclusion. *Id.*

Here, Appellant's counsel has filed a motion to withdraw as counsel along with a brief concluding the appeal is frivolous and without merit. The brief satisfies the requirements of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced on appeal. *Id.* As required by the Texas Court of Criminal Appeals, Appellant's counsel has certified to this Court that he has provided copies of the motion and brief to Appellant, advised Appellant of his right to examine the appellate record and file a pro se response, notified Appellant of his right to seek discretionary review should we find his appeal frivolous, provided a motion to assist Appellant in obtaining the record, and supplied Appellant with this Court's mailing address. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *see also Anders*, 386 U.S. at 744.

We have thoroughly reviewed the record, along with the *Anders* brief, and we agree with counsel's professional assessment that the record does not present any meritorious grounds for review. Accordingly, we find the appeal frivolous.

---

[1] This case was transferred from the Third Court of Appeals District, Austin, Texas pursuant to the Texas Supreme Court's docket equalization efforts. *See* TEX. GOV'T CODE ANN. section 73.001. We follow the precedent of the Third Court of Appeals to the extent it might conflict with our own. *See* TEX. R. APP. P. 41.3.

We affirm the trial court's judgment and grant counsel's motion to withdraw.

YVONNE T. RODRIGUEZ, Chief Justice

May 31, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.

(Do Not Publish)